UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RONNIE JACKSON, JR. (#25343-076)     DOCKET NO. 15-CV-1179; SEC. P

VERSUS     JUDGE DRELL

WARDEN     MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. No. 8), and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 be and is hereby **DISMISSED** for lack of jurisdiction.

Further, as a result of this consideration, petitioner's requests for release (Docs. No. 7 & 9) and his appeal (Doc. No. 14) from the Magistrate Judge's order denying bail and release from custody are MOOT and must likewise be DENIED.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 16th day of July, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT